UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
LANDON DEPUE, *individually and on behalf of all* :
*others similarly situated*, :
:
                                       Plaintiffs, :
:
                    -v - :
:
STONECO LTD., THIAGO DOS SANTOS :
PIAU, LIA MACHADO DE MATOS, RAFAEL :
MARTINS PEREIRA, and MARCELO :
BASTIANELLO BALDIN, :
:
                                     Defendants. :
X
----------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2022

1:21-cv-10468-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      This case has been reassigned to Judge Gregory H. Woods.  Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

      SO ORDERED.

Dated: April 11, 2022
       New York, New York

                                                                                     _____
                                                                                  GREGORY H. WOODS
                                                                          United States District Judge